AO 91 (Rev 8/01) Criminal Complaint

# United States District Court

**SOUTHERN**     **DISTRICT OF**     **TEXAS**

**McALLEN DIVISION**

UNITED STATES OF AMERICA
V.

Luis Alberto Gamez-Arguijo

AKA: Alberto Gomez-Arguijo

IAE     YOB:    1986
Honduras

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

Case Number: M-20-0939-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **May 4, 2020** in **Hidalgo** County, in the **Southern** District of **Texas**

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Honduras in pursuance of law, and thereafter was found near La Joya, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Luis Alberto Gamez-Arguijo was encountered by Border Patrol Agents near La Joya, Texas on May 4, 2020. The investigating agent established that the defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on May 4, 2020, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on August 05, 2014 through Houston, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On August 31, 2010 the defendant was convicted of 8 USC 1326 Illegal Re-Entry After Deportation and sentenced to seven (7) months confinement and twelve (12) months Supervised Release Term.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Approved by: AUSA Laura Garcia
Submitted by reliable electronic means, sworn to and attested
to telephonically per Fed. R. Cr. P. 4.1, and probable cause found on:

May 5, 2020 @ 2:17 pm

/S/ Mirna Silva
Signature of Complainant
Mirna Silva     Border Patrol Agent

Juan F. Alanis, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer